**Order issued March 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-01678-CR
_____

## CHARLES RICHARD VANDIVER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, O'Neill, and Brown

Based on the Court's opinion of this date, we **GRANT** the September 4, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant.

We **DENY** appellant's March 20, 2014 motion for new hearing.

We **GRANT** appellant's March 20, 2014 motion to enforce court order to the extent that we **ORDER** counsel Valencia Bush to send appellant a copy of the supplemental reporter's record filed January 31, 2014 and Exhibit #26, CD-jail calls.

We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Charles Richard Vandiver, TDCJ No. 1831208, Dalhart Unit, 11950 FM 998, Dalhart, Texas, 79022.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE